UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorneys Office<br>555 4th Street, N.W.<br>Washington, D.C. 20001<br><br>Plaintiff,<br><br>v.<br><br>Shirley L. Charles<br>320 Nicholson St., NW<br>Washington, D.C. 20011<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case: 1:08-cv-00082<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 1/15/2008<br>Description: General Civil |

## COMPLAINT

The plaintiff, United States of America, by and through its undersigned attorneys, complaining of the defendant alleges and says:

### JURISDICTION

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1345.

### VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 in that defendant, Shirley L. Charles, is a resident of the District of Columbia. Defendant resides at 320 Nicholson St., NW, Washington, DC 20011.

### BACKGROUND

3. Civil Service Retirement System ("CSRS") benefits are afforded to federal employees, known as annuitants, upon retirement from civil service. The annuitant receives CSRS benefits

throughout their lifetime, based on retirement computation that takes into account age, average salary, and length of federal service as provided under Title 5 of the United States Code.

4. Prior to retirement, the annuitant has the option to choose a spousal benefit, where upon the annuitant's death, a lesser portion of CSRS benefits would be transferred to the surviving spouse. Survivor benefits for eligible surviving children stop at age 18 or 22, if the child remains a full-time student. A survivor annuity is payable only upon approval by the United States Office of Personnel Management ("OPM") through an application from the eligible family member.

5. Relatives of survivor annuity payment recipients are not entitled to receive the payments once the intended recipient has died.

6. Shirley L. Charles's mother, Margaret Smith, was a civil service survivor who received an annuity as the widow of Shirley L. Charles's father, Crumblish Leon Charles. Crumblish Leon Charles was employed by the District of Columbia, Department of Health, Education and Welfare ("DHEW"), and retired on December 31, 1962. Upon his death on January 4, 1965, his spouse, Margaret Smith, applied for and was granted a survivor benefit from OPM that was paid monthly.

7. Margaret Smith died on May 1, 1978.

8. OPM was not notified of Margaret Smith's death. As a result, OPM continued to issue monthly survivor annuity payments to Margaret Smith until OPM learned of her death in February 2006.

9. Shirley L. Charles was a joint bank account holder with her mother, Margaret Smith, at the Bank of America. OPM annuity payments were deposited directly to the joint account at the Bank of America.

10. After Margaret Smith's death, Shirley L. Charles accepted her mother's annuity payments for her personal use by receiving electronic annuity deposits to the Bank of America account that were intended to be paid to Margaret Smith.

11. In total, between May 1978 and February 2006, OPM overpaid Margaret Smith's survivor annuity benefits in the amount of $125,857.78.

12. Shirley Charles failed to notify OPM of Margaret Smith's death and, as a result, Shirley Charles used the annuity payments for child support and living expenses during a 28 year period.

## Count I
### (Payment By Mistake)

13. Plaintiff restates and incorporates by reference the allegations set forth in paragraphs 1 to 12 above.

14. Plaintiff, the United States, paid defendant on the mistaken belief that defendant's mother and joint bank account holder, Margaret Smith, was still alive.

15. Plaintiff, the United States, paid approximately $125,857.78 to defendant under the mistaken and erroneous belief that defendant's mother and joint bank account holder, Margaret Smith, was still alive.

16. Defendant is liable to the United States for the amount of the United States' damage resulting from the payment by mistake, approximately $125,857.78, together with costs and interest.

## Count II
### (Unjust Enrichment)

17. Plaintiff restates and incorporates by reference the allegations set forth in paragraphs 1 to 16 above.

18. Defendant has been unjustly enriched by reason of the Government's erroneous and mistaken payment of monies to the defendant.

19. Defendant is liable to the United States for the amount of the unjust enrichment, approximately $125,857.78, together with costs and interest.

## RELIEF REQUESTED

WHEREFORE, Plaintiff prays for judgment against the defendant, as follows:

20. That Plaintiff be awarded damages in the amount of $125,857.78.

21. Interest from the date of judgment at the legal rate in effect on the date of judgment until paid in full;

22. That the Plaintiff be awarded its costs, fees and disbursements;

23. For such other proper relief as this Court may deem just and proper.

Respectfully submitted,

JEFFREY A. TAYLOR, DC BAR #498160
United States Attorney

RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

KAREN MELNIK , DC BAR #436452
Assistant United States Attorney
555 4th Street, NW. RM. E-4112
Washington, D.C. 20530
(202)307-0338 - Phone
(202)514-8780 - Fax
Karen.Melnik@usdoj.gov

4

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

United States of America - USA
11001

**DEFENDANTS**

Shirley L. Charles

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___DC___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Karen Melnik, AUSA
555 4th St., NW Rm. E-4112
Washington, DC 20001

Case: 1:08-cv-00082
Assigned To : Friedman, Paul L.
Assign. Date : 1/15/2008
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ⊙ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**
☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**⊗ E. General Civil (Other)     OR     ○ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☒ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(1)

| ○ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ○ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
- ⦿ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
31 U.S.C. 3729-3733 - False Claims Act

VII. REQUESTED IN COMPLAINT    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 377,573.34    Check YES only if demanded in complaint
JURY DEMAND:    YES ☐    NO ☒

VIII. RELATED CASE(S) IF ANY    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE  1-15-08    SIGNATURE OF ATTORNEY OF RECORD  [signature]

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

 I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

 III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

 IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

 VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

 VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.