UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 08CV00082 (PLF) |
| | ) | |
| **SHIRLEY L. CHARLES** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**NOTICE OF DISMISSAL**

The plaintiff, United States of America, by and through its undersigned attorneys, dismiss the above-captioned case pursuant to Fed. R. Civ. P. 41(a)(1)(i).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC BAR #498160
United States Attorney


/s/
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


/s/
KAREN MELNIK , DC BAR #436452
Assistant United States Attorney
555 4th Street, NW. RM. E-4112
Washington, D.C. 20530
(202)307-0338 - Phone
(202)514-8780 - Fax
Karen.Melnik@usdoj.gov